# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAIR ZAKARIAN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; CALSTAR MOTORS INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No.: CV 24-10335-DMG (JPRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [26]** |

ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefor, hereby APPROVES the Stipulation and ORDERS the above-captioned action as to all Parties and all claims dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED:  June 15, 2026

_____
DOLLY M. GEE
Chief United States District Judge

-2-
ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE